2011 Ark. 285

**Jason Farrell McGEHEE, Bruce Ward, Marcel Wayne Williams, Petitioners,**

v.

**Ray HOBBS, Director, Arkansas Department of Correction, and Arkansas Department of Correction, Respondents.**

**No. 11–577.**

Supreme Court of Arkansas.

June 23, 2011.

PER CURIAM.

The Arkansas Supreme Court requests the Pulaski County Circuit Court Sixth

Division to provide a status report to this court on case number CV2010–1118.